JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Quincy Global Enterprises, Inc., dba 3 Minute Market, and Quincy Alonza Hinnant,<br><br>    Plaintiffs,<br><br>    v.<br><br>United States of America, U.S. Department of Agriculture, Federal John Doe 1-10 and Jane Doe 1-10,<br><br>    Defendants. | Case No. CV 15-1588 JFW (MRWx)<br><br>ORDER DISMISSING ACTION<br><br>Honorable John F. Walter |

    Plaintiffs Quincy Global Enterprises, Inc., dba 3 Minute Market, and Quincy Alonza Hinnant, and defendants United States of America and U.S. Department of Agriculture filed a Stipulation to Dismiss this action.

    Therefore, IT IS HEREBY ORDERED, that this action is dismissed with prejudice in its entirety.

DATED: March 30, 2016

                                                            _____
                                                             JOHN F. WALTER
                                                             UNITED STATES DISTRICT JUDGE